STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES CAPAWANNA, PLAINTIFF IN ERROR.

Submitted October 29, 1937—Decided January 26, 1938.

For the plaintiff in error, *Joseph C. Cassini.*

For the defendant in error, *William A. Wachenfeld.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons expressed in its opinion. We reserve, however, and do not pass upon, the question of whether the admission in evidence of a certain X-ray photograph was error.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, BODINE, DONGES, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 12.

*For reversal*—None.